AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RALPH ROBERT JAMES SERGO, | ) | Case No.   17-006-FJL |
| | ) | |
| Defendant. | ) | |

**FILED BY __CGA__**

Deputy Clerk

**Jan 19, 2017**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RALPH ROBERT JAMES SERGO                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Attempted Importation and Attempted Distribution of Lysergic Acid Diethylamide, also known as "LSD", a Schedule I
Controlled Substance, in violation of Title 21, United States Code, Sections 952, 963, 841(a)(1), 846;

Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section
924(c).

Date:    1/18/2017

City and state:        Fort Pierce, Florida

*Issuing officer's signature*

Frank J. Lynch, Jr.,Chief United States Magistrate Judge
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)*   1/18/17          , and the person was arrested on *(date)*   1/17/17
at *(city and state)*  Port St Lucie, Fl                .

Date:   1/18/17

*Arresting officer's signature*

Scott Trey Dunn For  James Macek HSI
*Printed name and title*

18 JAN '17 PM 2:38