U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-14009-CR-MARTINEZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Ralph Robert James Sergo | Preliminary Order of Forfeiture |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SEE BELOW

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** c/o ATF

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Antonia J. Barnes, AUSA
U.S. Attorney's Office
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Agency No. 764070-17-0016
a. RG Industries, Model RG14, 22 caliber revolver, SN 437198.
b. North American Arms, Model Sidewinder, 22 Caliber revolver, SN PT06424.
c. Glock 19, 9mm pistol, Ser# ZXZ513 Glock 26, 9mm pistol, SN ZYY698.
d. Sig Sauer, Model SIGPM400, .223 caliber pistol, SN 20K029670.
e. Smith & Wesson, Model Airweight, .38 caliber pistol, SN CJV4670.
f. One (1) Sig Sauer M400 Magazine.
g. One (1) Glock 19 Magazine.
h. Sixty-four (64) rounds of 9mm ammunition.
i. Fifty-six (56) rounds of .22 Cal ammunition.
j. Three (3) Glock 9mm magazines.
k. Five (5) rounds of .38 ammunition.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Antonia J. Barnes
TELEPHONE NUMBER: 561-820-8711
DATE: 10/6/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: ATF S/A
Date: 11/22/17

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/22/17   Time: 10:00   am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)