CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**THE HONORABLE JOSE E. MARTINEZ**

_____

Case No.  **17-14009-CR-MARTINEZ**          Date:          **Friday, December 15, 2017**

Courtroom Deputy: Colette Griffin-Arnold      Court Reporter:  Dawn Savino

USPO:            Tracy Webb              Interpreter:      English

In Court Time:      **15 Minutes**

Style:   **USA v. RALPH ROBERT JAMES SERGO**

AUSA:              Carmen Lineberger

Defense Attorney:    Robert Meadows, Esquire

Defendant(s):        Present  **XXX**      Not Present _____

Reason for Hearing:    **Sentencing**

Results of Hearing:

**Court grants in part Defendant's Unopposed Motion for continuance (D/E #46).**
**Court to reset Sentencing for an additional 30 days, by separate order. In the interim,**
**Parties shall file a sealed progress report. Court directs transcript from today's proceeding**
**be sealed until further order of this Court.**